ACCEPTED
14-14-00807-cv
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
11/10/2015 3:19:38 PM
CHRISTOPHER PRINE
CLERK

# No. 14-14-00807-CV

_____

IN THE COURT OF APPEALS
FOR THE FOURTEENTH DISTRICT OF TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
11/10/2015 3:19:38 PM
CHRISTOPHER A. PRINE
Clerk

_____

THE PETROLEUM WORKERS UNION OF THE REPUBLIC OF MEXICO,
APPELLANT

V.

JAMES GOMEZ, AS RECEIVER FOR ARRIBA LIMITED, AND CARLOS RYERSON,
APPELLEES

_____

On Appeal from the 281st Judicial District Court
Harris County, Texas, the Hon. Sylvia A. Matthews presiding
Trial Court Cause No. 1985-35446-AC

_____

**MOTION OF BRIAN CALHOUN IN SUPPORT OF MICHAEL J. PEREZ
AND JEFFREY A. FEASBY'S MOTIONS FOR
PRO HAC VICE ADMISSION**

TO THE HONORABLE FOURTEENTH COURT OF APPEALS:

1. I, Brian Calhoun, am a practicing attorney and a member of the State Bar of Texas. My Texas State Bar card number is 24044827 and my office address, telephone number, and facsimile number are:

Brian Calhoun, Esq.
Calhoun, Bhella & Sechrest, LLP
325 N. Saint Paul Street, Suite 2300
Dallas, Texas 75201
Telephone: 214.981.9200
Facsimile: 214.981.9203

2.   I will be associated with Applicant Michael J. Pérez and Jeffrey A. Feasby in the above-captioned trial, and will personally participate in the trial of this case.

3.   I find Applicants Michael J. Pérez and Jeffrey A. Feasby to be an outstanding and reputable attorney of the highest integrity.  I recommend that he be granted permission to participate in this particular proceeding before this Court.

Respectfully submitted,


By: */s/ Brian A. Calhoun*
    Brian Calhoun, Esq.
    State Bar No. 24044827
Calhoun, Bhella & Sechrest, LLP
325 N. Saint Paul Street, Suite 2300
Dallas, Texas 75201
Telephone: 214.981.9200
Facsimile: 214.981.9203

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this motion was served on all counsel of record electronically on November 10, 2015.

Michael Choyke
State Bar No. 00793504
WRIGHT & CLOSE, LLP
One Riverway, Suite 2200
Houston, Texas  77056
(713) 572-4321
(713) 572-4320 (fax)
choyke@wrightclose.com

Paul Simon
State Bar No. 24003276
SIMON HERBERT & MCCLELLAND, LLP
3411 Richmond Ave., Ste. 400
Houston, Texas 77046
(713) 987-7100
(713) 987-7120 (fax)
psimon@shmsfirm.com

Carlos Ryerson
RYERSON & ASSOCIATES, P.C.
The Kirby Mansion
2000 Smith Street
Houston, Texas 77002-8652
(713) 307-9900
(832) 383-9320 (fax)
carlos.ryerson@ryersonlaw.com

*/s/ Jeffrey A. Feasby*
Jeffrey A. Feasby